SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland, CA 94606
SBN 120993
Tel.: 510/451-2825
Fax: 510/839-1622
sraffanti@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NABIL AL ZOQARI )<br>)<br>Defendant. )<br>_____ ) | No. CR 07-00126 DLJ<br><br>APPLICATION AND ORDER EXONERATING BOND AND RETURNING PASSPORTS |

  On August 6, 2008, the court ordered the dismissal of the indictment against Nabil Al Zoqari upon the government's motion.  Mr. Al Zoqari has been on pretrial release on an unsecured bond in the amount of $200,000.  As a condition of that bond, Mr. Al Zoqari surrendered his two Yemen passports (one expired and one current) to the court.  The case against him having been dismissed, Mr. Al Zoqari requests that the court order his bond exonerated and his passports returned to him.

Date:  August 19, 2008                    /s/
                                  Susan Raffanti
                                  Attorney for Nabil Al Zoqari

Application and order exonerating bond     1

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Mr. Al Zoqari's bond is exonerated and that the Clerk of the Court return Mr. Al-Zoqari's passports to him or to his attorney, Susan Raffanti.

Date:   August 20, 2008

D. Lowell Jensen
U.S. District Court Judge

Application and order exonerating bond             2